IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| HERMAN PATTERSON, ) | |
| ) | |
|     Petitioner, ) | |
| vs. ) | NO.  CIV-12-0376-HE |
| ) | |
| OKLAHOMA DEPARTMENT OF ) | |
| CORRECTIONS, *et al.,* ) | |
| ) | |
|     Respondents. ) | |

## ORDER

Petitioner, a prisoner appearing *pro se*, filed a motion seeking leave to proceed *in forma pauperis*. The matter was referred to Magistrate Judge Bana Roberts for initial proceedings pursuant to 28 U.S.C. § 636(b)(1)(B) and (C). The magistrate judge issued a Report and Recommendation recommending that petitioner's motion be denied, as she concluded that he had sufficient funds to prepay the filing fee of $5. Petitioner did not object to the Report and Recommendation but, instead, paid the sum of $5.00 on April 18, 2012. Accordingly, petitioner's motion [Doc. #2] is **DENIED** as being **MOOT**.

**IT IS SO ORDERED**.

Dated this 23rd day of April, 2012.

JOE HEATON
UNITED STATES DISTRICT JUDGE